THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| YVETTE GINYARD,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>GERBER LIFE INSURANCE CO., et al.,<br><br>　　　　　　Defendants. | Civil No. 25-16668 (RMB/EAP) |

## AMENDED SCHEDULING ORDER
## IN ARBITRATION CASE

　　This Amended Scheduling Order confirms the directives given to counsel at the status conference held pursuant to Federal Rule of Civil Procedure 16 on **March 2, 2026**; and the Court noting the following appearances: **Lawrence A. Katz, Esquire**, appearing on behalf of Plaintiff; and **Marjan Moussavian, Esquire**, appearing on behalf of Defendant; and for good cause shown;

　　**IT IS** this **2nd** day of **March 2026**, hereby **ORDERED**:

　　1.　　No later than **March 9, 2026**, Plaintiff shall serve her certified responses to Defendant's written discovery requests.

　　2.　　The parties shall meet and confer on a deposition schedule, and no later than **March 16, 2026**, submit a letter to the Court providing the schedule.

　　3.　　All remaining deadlines in the Court's November 19, 2025 Initial Scheduling Order, ECF No. 9, shall remain in effect.

　　4.　　The Court will conduct a telephone status conference on **April 10, 2026, at 10:00 a.m.**  Counsel shall dial **1-856-210-8988, access code 381811418#** to connect to the call.  At least three (3) days prior to the scheduled conference, the parties shall send the Court a letter identifying all discovery disputes, if any exist.  No issue will be addressed unless the parties have first conferred pursuant to Local Civil Rule 37.1(a) by speaking in person, by telephone, or by video conference.

　　5.　　Any application for an extension of time beyond the deadlines set herein shall be made prior to expiration of the period sought to be extended and shall disclose in the application all such extensions previously obtained, the precise reasons necessitating the application showing good cause under Fed. R. Civ. P. 16(b), and whether adversary counsel consent to the application.  The scheduling deadlines set herein will not be extended unless good cause is shown.  All applications regarding motions returnable before a District Judge shall be presented to the District Judge.

**THE FAILURE OF A PARTY OR ATTORNEY TO OBEY THIS ORDER
MAY RESULT IN IMPOSITION OF SANCTIONS UNDER FED. R. CIV. P. 16(f).**

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc: Hon. Renée M. Bumb, U.S.D.J.
     Karen Ferguson, Arbitration Clerk