# McCarter & English

| | |
|---|---|
| Marjan Moussavian<br>Associate<br><br>T. 973-849-4053<br>F. 973-624-7070<br><br>mmoussavian@mccarter.com | McCarter & English, LLP<br><br>Four Gateway Center<br>100 Mulberry St.<br>Newark, NJ 07102<br><br>www.mccarter.com |

March 16, 2026

VIA ECF
Honorable Elizabeth A. Pascal, U.S.M.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets
Camden, New Jersey 08101

Re:   *Yvette Ginyard v. Gerber Life Insurance Company*, 1:25-cv-16668-RMP-EAP – Deposition Schedule

Dear Judge Pascal:

This office represents Defendant/Counterclaim Plaintiff Gerber Life Insurance Company ("Gerber") in the above-referenced matter. Pursuant to the Court's Order entered on March 2, 2026, the parties respectfully submit this joint update regarding deposition scheduling. The parties have conferred and scheduled Plaintiff Yvette Ginyard's deposition on April 8, 2026 and Gerber's deposition on April 29, 2026.

We thank Your Honor for your attention to this matter.

Respectfully submitted,


*/s/ Marjan Moussavian*
Marjan Moussavian

ME1\60278496.v1