[ECF No. 18]

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

YVETTE GINYARD,

                Plaintiff,

      v.

GERBER LIFE INSURANCE CO.,

                Defendant.

Civil No. 25-16668 (RMB/EAP)

<u>ORDER</u>

This matter having been brought before the Court by Marjan Moussavian, Esquire, counsel for Defendant, for an Order allowing Jason A. Walters, Esquire, to appear and participate *pro hac vice*; and the Court having considered the moving papers, and there being no opposition to this application; and for good cause shown pursuant to Local Civil Rule 101.1(c), United States District Court for the District of New Jersey;

**IT IS** this **17th** day of **March 2026**;

**ORDERED** that Jason A. Walters, Esquire, a member in good standing of the State Bar of Alabama, be permitted to appear *pro hac vice* in the above-captioned matter in the United States District Court for the District of New Jersey pursuant to L. Civ. R. 101.1(c). Marjan Moussavian, Esquire, who is a member in good standing with the Bar of the Supreme Court of New Jersey and the Bar of this Court, shall sign all pleadings, briefs, and other papers filed with the Court and shall be held responsible for these papers and for the conduct of the case. Marjan Moussavian, Esquire shall be present before the Court during all phases of this proceeding, unless expressly excused by the Court, and shall be held responsible for the conduct of the attorney admitted *pro hac vice* pursuant to this Order; and it is further

1

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(2), Jason A. Walters, Esquire shall pay the annual fee to the New Jersey Lawyers' Fund for Client Protection in accordance with New Jersey Court Rule 1:28-2(a).  This payment shall be made for any year in which the admitted attorney continues to represent a client in a matter pending in the Court; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(3), Jason A. Walters, Esquire shall make a payment of $250.00 on each admission, payable to the Clerk, United States District Court; and it is further

**ORDERED** that Jason A. Walters, Esquire shall be bound by the General and Admiralty Rules of the United States District Court for the District of New Jersey, including but not limited to the provisions of L. Civ. R. 103.1, *Judicial Ethics and Professional Responsibility*, and L. Civ. R. 104.1, *Discipline of Attorneys*; and it is further

**ORDERED** that, pursuant to L. Civ. R. 101.1(c)(4), Jason A. Walters, Esquire shall be deemed to have agreed to take no fee in any tort case in excess of the New Jersey Court Contingency Fee Rule, Rule 1:21-7, as amended.

s/Elizabeth A. Pascal
ELIZABETH A. PASCAL
United States Magistrate Judge

cc:  Hon. Renée M. Bumb, U.S.D.J.

2