**LLG National Law Group**

**LLG**

**National Law Group**

525 Route 73 North
Suite 104
Marlton, NJ 08052
Lawrence Katz, Esquire
Email: lawrence.katz@llgnational.com
Phone: 856-652-2000  Ext. 497

April 6, 2026

Hon. Elizabeth A. Pascal
Mitchell H. Cohen Building & U.S. Courthouse
4th & Cooper Streets Room 1050
Camden, NJ 08101

RE:     Ginyard v. Gerber Life Insurance
        Case No. 1:25-cv-16668

Dear Judge Pascal:

I am pleased to report that this lawsuit has been settled.  Therefore, the Status Conference scheduled on April 8th is unnecessary.

I appreciate Your Honor inviting me to the last phone conference.  It enabled me to learn about the case and resolve it without unnecessary time or expense by any party, and in a manner in my client's best interest after reviewing the evidence.

Respectfully,

LAWRENCE A KATZ
Counsel for Plaintiff